PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:17-po-00087-DB |
|---|---|---|
| Plaintiff, | ) ) | [Proposed] ORDER TO DISMISS AND VACATE COURT TRIAL |
| v. | ) ) | |
| JHOMAR T. PAGADUAN, | ) ) | DATE: March 30, 2017 TIME: 9:00 a.m. |
| Defendant. | ) ) ) ) | JUDGE: Honorable Deborah Barnes |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:17-po-00087-DB with prejudice is GRANTED.

It is further ordered that the court trial scheduled on March 30, 2017 is vacated.

Dated:  February 27, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE